IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>AND ASHIA RAIFA, REVENUE<br>OFFICER, INTERNAL REVENUE<br>SERVICE<br>          Plaintiffs<br><br>          v<br><br>JACK M. BERNARD<br>          Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 14-5825 |

## ANSWER OF DEFENDANT, JACK M. BERNARD TO COMPLAINT TO ENFORCE INTERNAL REVENUE SUMMONS

I.
ADMITTED

II.
ADMITTED

III.
ADMITTED

IV.
ADMITTED

V.
ADMITTED

VI.
ADMITTED, EXCEPT THAT DEFENDANT EXECUTED THE 2008 AND 2009 JOINT TAX RETURNS

VII.
ADMITTED

VIII.
ADMITTED

## UNSWORN DECLARATION OF JACK M. BERNARD, DEFENDANT
## PURSUANT TO 28 USC §1746

Defendant does not contest the averments made in the Declaration of Ashia Raifa in support of the Complaint. As stated in the defendant's answer to Section VI, defendant submitted signed joint tax returns forms 1040 for 2008 and 2009. Defendant agrees that it is necessary to resubmit 2008 and 2009 using "Married Filing Separately" filing status.

I declare under penalty of perjury that the foregoing Answer to the Complaint and the statements made herein are true and correct.

_____
JACK M. BERNARD

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the foregoing *Answer of Defendant, Jack M. Bernard to Complaint to Enforce Internal Revenue Summons* was filed and served electronically on the date listed below.

>Annetta Foster Givhan, Esquire
>US Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA. 19106

>Margaret L. Hutchinson, Esquire
>US Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA. 19106

>*/s/ Jack M. Bernard*
>JACK M. BERNARD
>*Attorney for Plaintiffs*
>930 Land Title Building
>100 South Broad Street
>Philadelphia, PA. 19110
>(215) 665-0666 *telephone*
>(267) 514-8609 *facsimile*

Date:  December 1, 2014