9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND | : | Civil Action |
| ASHIA RAIFA, REVENUE OFFICER, | : | |
| INTERNAL REVENUE SERVICE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JACK M. BERNARD, | : | |
| | : | |
| Defendant. | : | No. 14-5825 |

FILED
DEC - 4 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 4th day of December, 2014, defendant Jack M. Bernard having answered the Complaint to Enforce Internal Revenue Summons by admitting the facts averred therein, including the averments of paragraph VIII that the investigation giving rise to the summons issued by the Internal Revenue Service (the "IRS") is being conducted for a legitimate purpose and that plaintiffs United States and its IRS Revenue Officer have complied with the administrative procedures required by the Internal Revenue Code of 1986, the Court therefore cancels the show cause hearing scheduled for Thursday, December 4, 2014 at 9:30 a.m. in Courtroom 16A and directs the defendant as follows:

Defendant shall obey the summons in each and every respect by testifying and bringing for examination all books, records and other information as called for by the summons, all to be done before plaintiff

IRS Revenue Officer or any other properly designated officer of the IRS at such time and place as may be fixed by any such officer.

BY THE COURT:

_/s/ Harvey Bartle_
HONORABLE HARVEY BARTLE, III
*Judge, United States District Court*



# Limited Official Use

**U. S. Department of Justice**
*United States Attorney*
*Eastern District of Pennsylvania*
*One Independence Mall · Suite 1250*
*615 Chestnut Street*
*Philadelphia, Pennsylvania 19106-4476*
*main (215) 861-8200*
*fax number (215) 861-8618*

## FACSIMILE TRANSMISSION

| TO | | FROM | |
|---|---|---|---|
| NAME | Judge Harvey Bartle, III<br>Judge, United States District Court | NAME | AUSA Annetta Foster Givhan |
| VOICE LINE | (215) 597-2693 | VOICE LINE | (215) 861-8319 |
| FAX NUMBER | (215) 580-2154 | 4 | PAGE(S) TOTAL (including cover) |
| | | DATE | December 2, 2014 |
| CONTENTS | USA & Ashia Raifa, IRS v. Jack M. Bernard (Civil No. 14-5825) | | |

**COMMENTS**

Attached please find a letter/proposed Order directing Defendant Jack Bernard to comply with the summons at a time and place to be specified by the IRS. Thank you.

NOTE: If any of the fax pages are illegible, or you do not receive the same number of pages as stated above, please contact us immediately.

**CONFIDENTIALITY NOTE:** The information transmitted in this facsimile message is sent by an attorney or his/her agent, is intended for the sole use of the individual or entity named above. If the recipient is a client, this message may also be for the purpose of rendering legal advice and thereby protected by attorney-client privilege and/or work product doctrine. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone. Thank you.

# Limited Official Use